UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY FRANCES SIBIO,<br>　　　Plaintiff | ) | CIVIL ACTION NO. 4:20-CV-1339 |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>　　　Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)　The final decision of the Commissioner is VACATED.

(2)　This case is REMANDED to the Commissioner to fully develop the record and conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g).

(3)　Final judgment will be issued in favor of Stacey Frances Sibio by separate order.

(4)　The Clerk of Court is DIRECTED to close this case.

Date: March 11, 2022　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge